## PIERCE *versus* PIERCE.

A divorce will not be granted for adultery of the wife committed through the husband's procurement.

THIS was a libel for a divorce *a vinculo* for adultery committed by the wife.

*Nov. 19th.*

PARKER C. J.   A majority of the Court are against granting a divorce.   One instance of adultery was proved, but there is reason to think that the husband was the cause of its being committed.   It would be a dangerous principle to establish, that a husband who has suspicions of the infidelity of his wife, shall be allowed to lay a train which may lead her to the commission of adultery, in order that he may take advantage of it to obtain a divorce.   As we are clear that the adultery proved was committed with the knowledge and consent of the libellant, and probably with his connivance, a divorce will not be granted.

*W. Baylies, Parsons* and *Russell* for the libellant.

*H. Cushman* and *P. B. Hunt* for the libellee